# EXHIBIT A

It is the philosophy of the Tatum ISD that parents have the responsibility to send students to school neatly groomed and modestly dressed.

## TATUM ISD
## 2019-2020
## STUDENT DRESS CODE

- Any student's unfavorable image (i.e. clothes, grooming, accessories, body decorations, etc.) extreme enough to create a distraction or disturb the normal routine of school as determined by the administration shall be deemed inappropriate.
- All tattoos must be covered and hidden from view.
- Jewelry used in conjunction with body piercing such as nose rings, lip rings, eyebrow rings, gages of any kind, and tongue studs are **prohibited**.
- Males shall not wear earrings. Females may wear no more than two earrings in each ear.
- Student's hair shall be clean and well groomed at all times and shall not obstruct vision, no extreme style or color(neon,etc...) shall be allowed. No symbols, letters, or extreme designs cut in the hair shall be permitted. **No** ponytails, ducktails, rat-tails, male bun or puffballs **shall be allowed** on male students. (In its unaltered state, hair cannot extend past shoulder length). **ALL male hair of any type SHALL NOT extend below the collar(t-shirt/button-down collar/Shoulder length).**
- Mustaches must not extend past the corners of the mouth. Facial hair should be well groomed, trimmed, and maintained.
- Revealing, sloppy, see-through clothing, torn clothing, inappropriately altered, open midriffs, muscle shirts, and Tank tops for males, spaghetti straps, race-back tops, tube tops, and pajama pants are prohibited. Vests or tee shirts, normally considered as undergarments, are not permitted to be worn as shirts. Apparel that is cut too low in the front, side or back is prohibited. Shirts, sweaters, jackets, vests, etc. with holes are prohibited unless holes are from a lacey or a crocheted-like design (administrator's discretion). A hole exists when skin or undergarments can be seen through the material.
- No pants, jeans, etc. with holes exposing skin above the short/skirt length requirement may be worn to school. Students must wear leggings under their pants if holes are present.
- Females must not wear skirts, skorts, or dresses that are more than three inches above the knee or have a slit that is cut more than three inches above the knee.
- Female's clothing should not be revealing in cut, style, or material. No halter-tops or tank tops are allowed. Sleeveless tops are allowed as long as it meets the "3 finger rule".
- See through tops should not be worn unless paired with one that meets requirements. A lacy top cannot be worn over a camisole and count as in dress code.

50

# EXHIBIT B

# Head Start Program Performance Standards

45 CFR Chapter XIII
RIN 0970-AC63

Department of Health and Human Services
Administration for Children and Families

(iv) Determining whether a referral to a local agency responsible for implementing IDEA is appropriate.

(b) <u>Prohibition on expulsion</u>.

(1) A program cannot expel or unenroll a child from Head Start because of a child's behavior.

(2) When a child exhibits persistent and serious challenging behaviors, a program must explore all possible steps and document all steps taken to address such problems, and facilitate the child's safe participation in the program. Such steps must include, at a minimum, engaging a mental health consultant, considering the appropriateness of providing appropriate services and supports under section 504 of the Rehabilitation Act to ensure that the child who satisfies the definition of disability in 29 U.S.C. 705(9)(b) of the Rehabilitation Act is not excluded from the program on the basis of disability, and consulting with the parents and the child's teacher, and:

(i) If the child has an individualized family service plan (IFSP) or individualized education program (IEP), the program must consult with the agency responsible for the IFSP or IEP to ensure the child receives the needed support services; or,

(ii) If the child does not have an IFSP or IEP, the program must collaborate, with parental consent, with the local agency responsible for implementing IDEA to determine the child's eligibility for services.

(3) If, after a program has explored all possible steps and documented all steps taken as described in paragraph (b)(2) of this section, a program, in consultation with the parents, the child's teacher, the agency responsible for implementing IDEA (if applicable), and the mental health consultant, determines that the child's continued enrollment presents a continued serious safety threat to the child or other enrolled children and determines the program is not the most appropriate placement for the child, the program must work with such entities to directly facilitate the transition of the child to a more appropriate placement.

## §1302.18 Fees.

(a) <u>Policy on fees</u>. A program must not charge eligible families a fee to participate in Head Start, including special events such as field trips, and cannot in any way condition an eligible child's enrollment or participation in the program upon the payment of a fee.

(b) <u>Allowable fees</u>.

(1) A program must only accept a fee from families of enrolled children for services that are in addition to services funded by Head Start, such as child care before or after funded Head Start hours. A program may not condition a Head Start child's enrollment on the ability to pay a fee for additional hours.

(2) In order to support programs serving children from diverse economic backgrounds or using multiple funding sources, a program may charge fees to private pay families and other non-Head Start enrolled families to the extent allowed by any other applicable federal, state or local funding sources.

# EXHIBIT C

- Behaving in a manner that contains elements of the following offenses under the Penal Code:
  - Aggravated assault, sexual assault, or aggravated sexual assault.
  - Arson. (See **glossary**.)
  - Murder, capital murder, or criminal attempt to commit murder or capital murder.
  - Indecency with a child.
  - Aggravated kidnapping.
  - Aggravated robbery.
  - Manslaughter.
  - Criminally negligent homicide.
  - Continuous sexual abuse of a young child or children.
  - Behavior punishable as a felony that involves selling, giving, or delivering to another person, or possessing, using, or being under the influence of marijuana, a controlled substance, a dangerous drug, or alcohol; or committing a serious act or offense while under the influence of alcohol.
- Engaging in retaliation against a school employee or volunteer combined with one of the above-listed mandatory expulsion offenses.

**Under Age Ten**

When a student under the age of ten engages in behavior that is expellable behavior, the student shall not be expelled, but shall be placed in a DAEP. A student under age six shall not be placed in a DAEP unless the student commits a federal firearm offense.

**Process**

If a student is believed to have committed an expellable offense, the campus behavior coordinator or other appropriate administrator shall schedule a hearing within a reasonable time. The student's parent shall be invited in writing to attend the hearing.

Until a hearing can be held, the campus behavior coordinator or other administrator may place the student in:

- Another appropriate classroom.
- In-school suspension.
- Out-of-school suspension.
- DAEP.

*Hearing*

A student facing expulsion shall be given a hearing with appropriate due process. The student is entitled to:

1. Representation by the student's parent or another adult who can provide guidance to the student and who is not an employee of the district,

## Newly Enrolled Students

The district shall continue the expulsion of any newly enrolled student expelled from another district or an open-enrollment charter school until the period of the expulsion is completed.

If a student expelled in another state enrolls in the district, the district may continue the expulsion under the terms of the expulsion order, may place the student in a DAEP for the period specified in the order, or may allow the student to attend regular classes if:

1. The out-of-state district provides the district with a copy of the expulsion order, and
2. The offense resulting in the expulsion is also an expellable offense in the district in which the student is enrolling.

If a student is expelled by a district in another state for a period that exceeds one year and the district continues the expulsion or places the student in a DAEP, the district shall reduce the period of the expulsion or DAEP placement so that the entire period does not exceed one year, unless after a review it is determined that:

1. The student is a threat to the safety of other students or district employees, or
2. Extended placement is in the best interest of the student.

## Emergency Expulsion Procedures

When an emergency expulsion is necessary to protect persons or property from imminent harm, the student shall be given verbal notice of the reason for the action. Within ten days after the date of the emergency expulsion, the student shall be given appropriate due process required for a student facing expulsion.

## DAEP Placement of Expelled Students

The district may provide educational services to any expelled student in a DAEP; however, educational services in the DAEP must be provided if the student is less than ten years of age.

## Transition Services

In accordance with law and district procedures, campus staff shall provide transition services for a student returning to the regular classroom from placement in an alternative education program, including a DAEP or JJAEP. See policies FOCA(LEGAL) and FODA(LEGAL) for more information.

# EXHIBIT D

Plan and
Conduct your
Experiment
marucci