IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| M.T., a minor by and through his grandmother and next friend, EDWINA WOODLEY, et al., | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | C.A. NO.: 2:21-cv-00364 |
| TATUM UNIFIED SCHOOL DISTRICT, et al., | § § § § | |
| Defendants. | § | |

# **DEFENDANTS' SUGGESTION OF DEATH OF C. LARRY SMITH**

Defendants Tatum Independent School District, Matt Crawford, Stephen Skinner, Everigester Adams, Kip Amick, Karen McIlwain, Dennis Williams, C. Larry Smith, and J.P. Richardson file this Suggestion of Death as follows:

1. On or about August 24, 2022, counsel for the Defendants learned that Defendant C. Larry Smith passed away on or about October 22, 2021.

2. As such, the Defendants advise the Court and Plaintiffs of the same.

Respectfully submitted,

ROGERS, MORRIS, & GROVER, L.L.P.

*/s/ Jonathan G. Brush*
_____
JONATHAN G. BRUSH
State Bar No. 24045576
Fed. I.D. No. 619970
jbrush@rmgllp.com
AMY DEMMLER
State Bar No. 24092337
Fed. I.D. No. 3227731
ademmler@rmgllp.com
5718 Westheimer, Suite 1200
Houston, Texas 77057
Telephone: 713/960-6000
Facsimile: 713/960-6025

ATTORNEYS FOR TATUM ISD,
CRAWFORD, SKINNER, ADAMS, AMICK,
MCILWAIN, WILLIAMS, SMITH, AND
RICHARDSON

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

*/s/ Jonathan G. Brush*
_____
Attorney for Tatum ISD, Crawford, Skinner, Adams, Amick, McIlwain, Williams, Smith, and Richardson