IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| M.T., a minor by and through his grandmother and next friend, EDWINA WOODLEY, et al., | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | C.A. NO.: 2:21-cv-00364 |
| TATUM UNIFIED SCHOOL DISTRICT, | § § § | |
| Defendant. | § | |

## **ORDER**

Pending before the Court is Tatum Independent School District's Rule 12(b)(1) & (6) Motion to Dismiss Plaintiffs' First Amended Complaint. Upon consideration of the Motion, it is the opinion of this Court that it should be GRANTED.

It is, therefore, ORDERED that Tatum Independent School District's Rule 12(b)(1) & (6) Motion to Dismiss is GRANTED.

It is FURTHER ORDERED that Plaintiffs' Section 1983 race, Title VI, and declaratory and injunctive relief claims are hereby DISMISSED WITH PREJUDICE.