IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| M.T., a minor by and through his grandmother and next friend, EDWINA WOODLEY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TATUM UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | § § § § § § § § § § § | C.A. NO.: 2:21-cv-00364 |

## ORDER

Pending before the Court is Tatum ISD's Motion to Reconsider the Partial Denial of the District's Motion to Dismiss and Motion for Summary Judgment (Dkt. No. 119).

Upon consideration of the Motion, it is the opinion of this Court that Tatum ISD's Motion to Reconsider the Partial Denial of the District's Motion to Dismiss and Motion for Summary Judgment (Dkt. No. 119) should be **GRANTED**.

It is therefore **ORDERED** that the District's Motion to Reconsider the Partial Denial of the District's Motion to Dismiss and Motion for Summary Judgment (Dkt. No. 119) is **GRANTED**, the District's Motion to Dismiss and Motion for Summary Judgment are **GRANTED IN FULL,** and all claims against the District are **DISMISSED WITH PREJUDICE**.