**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| M.T., a minor by and through his grandmother and next friend, EDWINA WOODLEY; and K.C., a minor by and through his mother and next friend, KAMBRY COX, <br><br>　　　　Plaintiffs<br><br>v.<br><br>TATUM INDEPENDENT SCHOOL DISTRICT,<br><br>　　　　Defendant. | § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 2:21-CV-00364-RWS |

**ORDER**

Before the Court is the parties' Joint Status Report addressing whether the additional Pretrial Conference set for January 11, 2024 is necessary. Docket No. 127. The Court finds the additional Pretrial Conference would be helpful and it is **ORDERED** that the additional Pretrial Conference remains scheduled for **Thursday, January 11, 2024** at **2 PM CST**. The Court **SETS** the following motions and disputes for hearing at the January 11, 2024 Pretrial Conference:

- Defendant's Motion to Reconsider the Partial Denial of its Motion to Dismiss and Motion for Summary Judgment. Docket. No. 122.

- The Applicability of the Texas CROWN Act. *See* Docket Nos. 116, 118.

- Plaintiffs' Objections to Defendant's Exhibit List. Docket No. 100.

- Defendant's Objections to Plaintiffs' Exhibit List. Docket No. 97.

- Defendant's Objections to Plaintiffs' Witness List. Docket No. 96.

- Defendant's Objection to Plaintiffs' use of deposition excerpts to be read or played during opening statements or trial. Docket No. 93 at Part K.
- The length of trial. *See* Docket Nos. 93 at Part J, 103, 104.

The Court will **not** hear any argument regarding Plaintiffs' Motion to Reconsider Sanctions (Docket No. 63) and Defendant's Motion for Costs (Docket No. 78). It is

**ORDERED** that the parties shall meet and confer before the additional pretrial conference in an effort to narrow their pending objections to witness and exhibit lists in view of the Court's rulings on motions *in limine*. It is further

**ORDERED** that, pursuant to the parties' agreement as indicated in the joint status report, the parties shall file Amended Joint Proposed Jury Instructions by January 26, 2024. Instead of hearing argument at the pretrial conference on the parties' proposed jury instructions, the Court will hear argument on the parties' amended proposed jury instructions at charge conference(s) outside the presence of the jury during trial. It is further

**ORDERED** that in-person attendance at the pretrial conference is required.

**So ORDERED and SIGNED this 5th day of January, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE