IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| M.T., a minor by and through his grandmother and next friend, EDWINA WOODLEY; and K.C., a minor by and through his mother and next friend, KAMBRY COX, <br><br>　　　　　Plaintiffs <br><br>v. <br><br>TATUM INDEPENDENT SCHOOL DISTRICT, <br><br>　　　　　Defendant. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:21-CV-00364-RWS |

**ORDER**

Before the Court is the Plaintiffs' Motion to Continue Trial. Docket No. 129. Plaintiffs explain that their counsel has a scheduling conflict with the trial set to begin in Marshall, Texas on February 12, 2024. *Id.* Defendant does not oppose the motion. *Id.* at 3. Having considered the motion, and because it is unopposed, Plaintiffs' Motion to Continue Trial (Docket No. 129) is **GRANTED**. Accordingly, it is

**ORDERED** that the jury selection and trial in this case set to begin on February 12, 2024 is **CONTINUED**. It is further

**ORDERED** that jury selection and trial in this case is **RESET** for **Monday, April 15, 2024** in **Marshall, Texas** before the undersigned. Jury selection will begin at **9 AM CST**. The parties shall be prepared to begin trial immediately following jury selection. It is further

**ORDERED** that the hearing on Defendant's Motion to Reconsider the Partial Denial of its Motion to Dismiss and Motion for Summary Judgment (Docket. No. 122) remains **SET** for

**Thursday, January 11, 2024** at **2 PM CST** in **Texarkana, Texas**. However, the Court will not hear argument on any of the other pretrial matters previously set for argument on January 11, 2024. The Court will schedule a later pretrial conference closer to the April 15, 2024 trial setting to address any remaining pretrial matters.

**So ORDERED and SIGNED this 9th day of January, 2024.**

*[Signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE