IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EDWINA WOODLEY, et al | § | |
| | § | |
| V. | § | CIVIL NO. 2:21-cv-364 |
| | § | |
| TATUM UNIFIED SCHOOL DISTRICT, et al | § § § | |

___

MINUTES FOR MOTION HEARING
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
JANUARY 11, 2024

OPEN: 3:32 p.m.                                                                                          ADJOURN: 4:17 p.m.
___

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS: | Bradley Steele |
| ATTORNEYS FOR DEFENDANTS: | Amy Demmler and Jonathan Brush |
| LAW CLERK: | Michael Aragon |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Shelly Holmes |

___

| | |
|---|---|
| 3:32 p.m. | Case called; parties introduce themselves and announce ready; Court welcomes everyone and gives preliminary comments |
| 3:35 p.m. | Mr. Jonathan Brush argues Defendant's Motion to Reconsider (dkt. #122) |
| 3:40 p.m. | Court questions Mr. Brush; Mr. Brush responds |
| 3:44 p.m. | Court questions Mr. Brush; Mr. Brush responds |
| 3:49 p.m. | Court questions Mr. Brush; Mr. Brush responds |
| 3:58 p.m. | Court questions Mr. Brush; Mr. Brush responds |

| | |
|---|---|
| 4:01 p.m. | Court questions Mr. Brush; Mr. Brush responds |
| 4:04 p.m. | Mr. Bradley Steele responds to argument |
| 4:10 p.m. | Court questions Mr. Steele; Mr. Steele responds |
| 4:11 p.m. | Mr. Brush replies |
| 4:16 p.m. | Court will allow the parties to file any supplemental briefing; Plaintiff has until close of business on Monday; Defendant has until close of business on Wednesday to file response |
| 4:17 p.m. | Recess |