# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| M.T., a minor by and through his grandmother and next friend, EDWINA WOODLEY; and K.C., a minor by and through his mother and next friend, KAMBRY COX, § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:21-CV-00364-RWS |
| Plaintiffs | |
| v. | |
| TATUM INDEPENDENT SCHOOL DISTRICT, ET AL. | |
| Defendants. | |

## ORDER

Before the Court is the parties' Joint Motion to Dismiss with Prejudice and Request for Court Approval of Settlement Agreement. Docket No. 165. In the joint motion, the parties stipulate to dismiss all pending claims with prejudice with each party bearing its own costs and attorneys' fees and request the Court approve of their settlement agreement. After review, the joint motion is **GRANTED**. Accordingly, it is

**ORDERED** that the settlement agreement is approved. It is further

**ORDERED** that the joint motion to dismiss is accepted by the Court and that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. It is further

**ORDERED** that any pending motions and requested relief are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 27th day of May, 2025.**

                                                 ROBERT W. SCHROEDER III
                                                 UNITED STATES DISTRICT JUDGE